**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Patricia A. Frierson, Appellant,

v.

Kimberly S. Clark, Respondent.

Appellate Case No. 2012-213278

———————

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2014-UP-188
Submitted January 1, 2014 – Filed May 7, 2014

———————

**AFFIRMED**

———————

Patricia A. Frierson, of Columbia, pro se.

Stephen L. Hudson, of Law Offices of Stephen L. Hudson, PC, of Columbia, for Respondent.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Plum Creek Dev. Co. v. City of Conway*, 334 S.C. 30, 34, 512 S.E.2d 106, 109 (1999) ("Res judicata bars subsequent actions by the same parties when the claims arise out of the same transaction or occurrence that was the subject of a prior action between those parties."); *Plott v. Justin Enters.*, 374 S.C. 504, 511, 649

S.E.2d 92, 95 (Ct. App. 2007) ("Res judicata requires three elements be met: 1) a final, valid judgment on the merits; 2) identity of parties; and 3) the second action must involve matters properly included in the first suit.").

**AFFIRMED.**[1]

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.